UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>VITOR ALMEIDA</u>,
          Petitioner,

    v.

<u>JOHN ASHCROFT, et al.</u>,
          Respondents.

CIVIL ACTION

NO.   04-10700-DPW

O R D E R

<u>WOODLOCK, D. J.</u>

      On April 6, 2004, petitioner Vitor Almeida, a native of Portugal and an immigration detainee currently confined at the Suffolk County House of Correction, filed a petition for a writ of habeas corpus under Section 2241, but did not pay the filing fee or submit an application for waiver of the filing fee.

      ACCORDINGLY

      (1)  Petitioner Almeida shall submit the $5 filing fee for this action or an application to waive prepayment of the filing fee within 42 days of the date of this Order or this action will be dismissed without prejudice;

      (2) The Clerk shall correct the case caption to reflect that the only respondent to this action is Andrea Cabral, the Sheriff of Suffolk County.  A writ of habeas corpus must be "directed to the person having custody of the person detained."  28 U.S.C. § 2243. Petitioner's legal custodian is the sheriff of Suffolk County, the individual having day-to-day control over the facility in which petitioner is being detained.  <u>Vasquez v. Reno</u>, 233 F.3d 688, 694 (1st Cir. 2000), <u>cert. denied</u>, <u>sub nom.</u> <u>Vasquez v. Ashcroft</u>, 122 S. Ct. 43 (2001); <u>see</u> Mass. Gen. Laws ch. 126 § 16 (sheriff shall have custody and control of the jails in his county.. . .and shall be responsible for them);

      (3) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) Andrea Cabral, Sheriff, Suffolk County House of Correction, 20 Bradston Street Boston, MA  02118;  (ii) the United States Attorney; AND (iii) Frank Crowley, Department

of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114 AND

(4) The Respondent shall, within 21 days of receipt of this Order, file an answer or other responsive pleading to the Petition.

(5) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

(6) The Clerk is directed to send petition an Application to Proceed Without Prepayment of Fees with a copy of this Order.

SO ORDERED.


| 4/7/04 | s/ Douglas P. Woodlock |
|---|---|
| Date | United States District Judge |

(2241servINS.wpd - 09/00)                                                                                              [2241serv.]