**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

VITOR ALMEIDA,

                Petitioner,

                                      Civil Action

        v.

                                        No.   04-10700-DPW

ANDREA CABRAL,

                Respondent.

**ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES**

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. §1915;

☒      In accordance with Fed. R. Civ. P. 5(e), the Clerk filed this petition on April 6, 2004 and assigned it Civil Action No.   04-10700-DPW

**<u>ORDERS</u>**

Based upon the foregoing, it is ORDERED:

1.     May the application to proceed without prepayment of fees be GRANTED?

                    Yes   ☒     No   ☐

2.     Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the Clerk send a copy of this Order to the institution having custody of plaintiff?

                    Yes   ☐     No   ☒


    4/18/04                            s/ Douglas P. Woodlock
DATE                                     UNITED STATES DISTRICT JUDGE