UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VITOR ALMEIDA,
    Petitioner,

    V.                    CIVIL ACTION NO. 04-10700-DPW

JOHN ASHCROFT, ET AL.,
    Respondents

### ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Allowance on June 3, 2004 of the Respondents' Motion to Dismiss (#4) it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                        BY THE COURT,

                                        /s/ Rebecca Greenberg
                                        Deputy Clerk

DATED: June 3, 2004